# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KORINA C. COBOS**, <br>[DOB: 01-03-97] <br><br> and <br><br> **ADAM W. NEWMAN,** <br>[DOB: 08-28-82] <br><br> Defendants. | No. 19-03064-01/02-CR-S-SRB <br><br> **COUNT 1** <br> 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) <br> NLT 10 Years Imprisonment <br> NMT Life Imprisonment <br> NMT $10,000,000 Fine <br> NLT 5 Years Supervised Release <br> Class A Felony <br><br> **COUNTS 2 and 3** <br> 21 U.S.C. § 841(a)(1) and (b)(1)(A) <br> NLT 10 Years Imprisonment <br> NMT Life Imprisonment <br> NMT $10,000,000 Fine <br> NLT 5 Years Supervised Release <br> Class A Felony <br><br> **COUNTS 4 and 5** <br> 18 U.S.C. § 924(c) <br> NLT 5 Years Imprisonment Consecutive to Counts 1 and 3 <br> NMT $250,000 Fine <br> NMT 5 Years Supervised Release <br> Class A Felony <br><br> **COUNT 6** <br> 18 U.S.C. § 922(g)(1) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment (each count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

Beginning on or about June 1, 2016, and continuing to on or about April 10, 2017, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **KORINA C. COBOS** and **ADAM W. NEWMAN,** knowingly and intentionally conspired, together and with each other, and with other persons known and unknown to the Grand Jury, to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about January 19, 2017, in Greene County, in the Western District of Missouri, the defendant, **KORINA C. COBOS**, knowingly and intentionally possessed with intent to distribute, 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 3

On or about April 10, 2017, in Greene County, in the Western District of Missouri, the defendants, **KORINA C. COBOS** and **ADAM W. NEWMAN**, aiding and abetting one another, knowingly and intentionally possessed with intent to distribute, 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 4

On or about April 10, 2017, in Greene County, in the Western District of Missouri, the defendant, **KORINA C. COBOS,** knowingly possessed a firearm, that is: a Taurus brand, PT709 model, 9 mm firearm, with serial number TCX48373, in furtherance of the offense of conspiracy

2

Case 6:19-cr-03064-SRB   Document 1   Filed 05/08/19   Page 2 of 3

to distribute 50 grams or more of methamphetamine (actual) as alleged in Count 1, and in furtherance of the offense of possession with the intent to distribute 50 grams or more of methamphetamine (actual), as alleged in Count 3, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5

On or about April 10, 2017, in Greene County, in the Western District of Missouri, the defendant, **ADAM W. NEWMAN,** knowingly possessed a firearm, that is: a Springfield Armory brand, 9 mm firearm with serial number S3801575, in furtherance of the offense of conspiracy to distribute 50 grams or more of methamphetamine (actual) as alleged in Count 1, and in furtherance of the offense of possession with the intent to distribute 50 grams or more of methamphetamine (actual), as alleged in Count 3, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 6

On or about April 10, 2017, in Greene County, in the Western District of Missouri, the defendant, **ADAM W. NEWMAN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: a Springfield Armory brand, 9 mm firearm with serial number S3801575, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

        **A TRUE BILL.**

        */s/ Katherine Bakesz*
        **FOREPERSON OF THE GRAND JURY**

Dated: 05/08/2019         */s/ Josephine L. Stockard*
        **Josephine L. Stockard**
        Assistant United States Attorney