**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 19-03064-01-CR-S-SRB** |
| **KORINA C. COBOS,** | |
| **Defendant.** | |

---

### _ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM_

---

Upon application by the United States of America, it is hereby

**ORDERED** that the Clerk shall issue a writ of habeas corpus ad prosequendum directed to the **Warden, Chillicothe Correctional Center, 3151 Litton Road Chillicothe, Missouri 64601**, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one **KORINA C. COBOS (Inmate # 1313522)**, now confined at the aforementioned facility, in the custody of the person there in charge, before the **United States Magistrate Judge** at Springfield, Missouri, **forthwith,** or at any time thereafter as the Court may direct, so that said person may appear in accordance with the law in the above-entitled cause; and, after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

Dated this 13th day of May, 2019.

    s/ David P. Rush
**DAVID P. RUSH**
**United States Magistrate Judge**